IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RASHID JAMIL ROY,            )<br>                              )<br>      Plaintiff,             )<br>                              )<br>      v.                       )   C.A. No. 24-478 (MN)<br>                              )<br>TERRA TAYLOR, et al.,        )<br>                              )<br>      Defendants.             ) | |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

At Wilmington, this 30th day of April 2025;

WHEREAS, on April 4, 2024, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 10) in this action recommending that the Court dismiss the complaint with prejudice as to the Delaware Department of Corrections and without prejudice as to the remaining defendants pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) and § 1915A(b)(1) and that Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlined in the Report (D.I. 10 at 8-9); and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1.  The Report and Recommendation (D.I. 10) is ADOPTED.

2.  The claims in Plaintiff's Complaint (D.I. 3) against the Delaware Department of Corrections are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) and § 1915A(b)(1).

3. The claims in Plaintiff's Complaint (D.I. 3) against Defendants Taylor, Burton, Jelliffe and Russell for violations of 42 U.S.C. § 1983 are dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

4. Plaintiff is granted leave to file an Amended Complaint on or before May 30, 2025 to correct the deficiencies outlined in the Report and Recommendation.

5. Should Plaintiff fail to file an Amended Complaint in the time prescribed, the Clerk of Court shall CLOSE this case.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge